UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTONIO VARELA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARD ROCK CAFÉ )<br>INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:18-cv-10597 |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The Plaintiff, Antonio Varela ("Varela"), is an individual residing in Bridgewater, Plymouth County, Massachusetts.

2. The Defendant, Hard Rock Café International, Inc. ("Hard Rock Café") is an international corporation duly organized under the laws of the State of Florida, doing business in accordance with the laws of the State of Florida, with a principal place of business at 6100 Old Park Lane, Orlando, County of Orange, Florida with a registered agent of CT Corporation System, 1200 South Pine Island Road, Plantation, Florida, 33324.

### JURISDICTION

3. This court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §1332 as the Plaintiff is a citizen of a State and the Defendant is a subject of a foreign state and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

### FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

4. The Plaintiff re-alleges, re-pleads, and incorporates by reference paragraphs 1 - 4 above as if fully set forth herein.

5. On or about March 11, 2016, the Plaintiff, Varela, was lawfully on the defendant's premises located at Boulevard Turistico del Este, Macao, Dominican Republic.

6. On or about March 11, 2016, the Defendant, Hard Rock Café, owned the premises located at Boulevard Turistico del Este, Macao, Dominican Republic.

7. On or about March 11, 2016, the Defendant, Hard Rock Café, operated the premises located at Boulevard Turistico del Este, Macao, Dominican Republic.

8. On or about March 11, 2016, the Defendant, Hard Rock Café, managed the premises located at Boulevard Turistico del Este, Macao, Dominican Republic.

9. On or about March 11, 2016, the Defendant, Hard Rock Café, controlled the premises located at Boulevard Turistico del Este, Macao, Dominican Republic.

10. On or about March 11, 2016, the premises located at Boulevard Turistico del Este, Macao, Dominican Republic was operated in accordance with the policies and procedures set forth by the Defendant, Hard Rock Café.

11. The Defendant, Hard Rock Café, owes a duty of reasonable care to all persons lawfully on its premises located at Boulevard Turistico del Este, Macao, Dominican Republic, and to maintain the premises in a safe condition.

12. The Defendant, Hard Rock Café, owes a duty of reasonable care to all persons lawfully on its premises located at Boulevard Turistico del Este, Macao, Dominican Republic, and to warn of dangerous conditions thereon.

13. On or about March 11, 2016, the plaintiff, Varela, while lawfully on the premises located at Boulevard Turistico del Este, Macao, Dominican Republic, was caused to slip and fall and injure himself due to an unsafe and dangerous condition which existed on the premises due to the defendants' negligence, specifically an unmarked, wet floor in the area of the salad bar.

14. As a result of the Defendant, Hard Rock Café's negligence, the Plaintiff sustained serious personal injuries, incurred substantial medical bills, and expenses, and was prevented from performing his usual activities of daily living.

## COUNT I – NEGLIGENCE
(Antonio Varela v. Hard Rock Café International, Inc.)

15. The plaintiff re-alleges, re-pleads and incorporates by reference paragraphs 1-14 above as if fully set forth herein.

16. On or about March 11, 2016, the Defendant, Hard Rock Café, negligently caused or allowed a dangerous condition, specifically a wet floor, to exist on the premises located at Boulevard Turistico del Este, Macao, Dominican Republic.

17. On or about March 11, 2016, the Defendant, Hard Rock Café, knew or should have known of the unsafe and dangerous condition at the premises located at Boulevard Turistico del Este, Macao, Dominican Republic.

18. On or about March 11, 2016, as a direct and proximate result of the unsafe condition caused by the Defendant, Hard Rock Café's negligence, the Plaintiff sustained serious personal injuries, incurred substantial medical bills, and expenses, lost wages, lost earning capacity and was prevented from performing his usual living activities.

WHEREFORE, the Plaintiff, Antonio Varela, prays that this Honorable Court enter judgment against the Defendant, Hard Rock Café International, Inc., on Count I, in the full amount of any and all damages recoverable at law, cost, attorney's fees, and for such other and further relief which this Court deems just and proper, as a result of the Defendant's negligence.

**THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE**

Respectfully submitted,
Plaintiff, ANTONIO VARELA,
By his Attorney,

/s/ Sean C. Joanis
Sean C. Joanis, Esq., BBO#: 653582
JASON STONE INJURY LAWYERS
55 Franklin Street, 3rd Floor
Boston, MA 02110
(617) 523-4357
SCJ@StoneInjury.com